UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED

2015 MAY 26  AM 8:38

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MAYELA EMMA DANIEL (1),<br><br>　　　　　　　　Defendant. | Case No. 15CR0235-H<br><br>Booking No. 42990-298   TH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　**an indictment has been filed in another case against the defendant and the Court has granted the oral motion of the Government for dismissal of this case, without prejudice;** or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　**of the offenses as charged in the Information:**

21 U.S.C. 841(a)(1) - Possession of Heroin and Methamphetamine with Intent to Distribute (Felony)

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 5/22/15

　　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE